AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

Toby J. Masse

JUDGMENT IN A CIVIL CASE

v.

Miller-Stout, et al

CASE NUMBER: CV-08-23-CI

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Report and Recommendation (Ct. Rec. 23) is ADOPTED in its entirety, and the action is DISMISSED without prejudice.

August 27, 2008  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Vikki Johnson  
*(By) Deputy Clerk*  
Vikki Johnson